IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JONI BAKER**                                                                                                    **PLAINTIFF**

V.                                            Case No. 4:22-cv-00096-LPR

**SALINE COUNTY**                                                                                              **DEFENDANT**

**ORDER**

On February 2, 2022, Joni Baker ("Plaintiff"), then an inmate in the Saline County Detention Center, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983. (Doc. 1).

On February 25, 2022, the Court entered an Order in which it directed Plaintiff to, within 30 days, either: pay the filing fee; or file an application to proceed *in forma pauperis*. (Doc. 3 at 3). The Court warned Plaintiff that her failure to comply with the Order would cause his Complaint to be dismissed. (*Id.*). Plaintiff has not complied with or otherwise responded to the February 2, 2022 Order, and the time for doing so has passed.[1]

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.,* 370 U.S. 626, 630-31 (1962) (district courts have power to dismiss *sua sponte* under Rule 41(b)). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ORDERED this 1st day of April, 2022.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] All recent mail sent by the Court to Plaintiff has been returned as undeliverable because she is no longer at the address on file with the Court. (Docs. 2 & 4). Under Local Rule 5.5(c)(2), it is Plaintiff's responsibility to promptly notify the Court of an address change. She has not done so.