IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JONI BAKER                                                                    PLAINTIFF

V.                              Case No. 4:22-cv-00096-LPR

SALINE COUNTY                                                          DEFENDANT

## JUDGMENT

Pursuant to the Order that was entered on April 1, 2022, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ADJUDGED this 1st day of April, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE